# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2020 ND 111

| | |
|---|---|
| Aparna Thiel, | Plaintiff and Appellee |
| v. | |
| Kyle Thiel, | Defendant and Appellant |

### No. 20200002

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Gail Hagerty, Judge.

AFFIRMED.

Per Curiam.

Theresa L. Kellington, Bismarck, N.D., for plaintiff and appellee.

Rodney E. Pagel, Bismarck, N.D., for defendant and appellant.

# Thiel v. Thiel
## No. 20200002

**Per Curiam.**

[¶1]   Kyle Thiel appeals from district court orders entered in August and September 2019 denying his motions for continuance and for appointment of a parenting investigator, and from a divorce judgment entered in November 2019.  He argues that the district court erred in failing to grant his motions for continuance to allow him to retain substitute trial counsel; erred in failing to grant his motions for appointment of a parenting investigator; and erred and violated his due process rights by making various evidentiary and procedural rulings at trial.  Because the district court did not abuse its discretion, we summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Jon J. Jensen, C.J.
         Jerod E. Tufte
         Gerald W. VandeWalle
         Lisa Fair McEvers
         Daniel J. Crothers